# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **KENNETH ALLEN HORSLEY,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **LENDINGPOINT LLC**, a Delaware company, *Defendant,* | Case No. 1:22-cv-00202-JPB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Kenneth Allen Horsley hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 14th day of March, 2022.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Tristan W. Gillespie
600 Blakenham Ct.
Johns Creek, GA 30022
Georgia bar# 268064
404-276-7277
gillespie.tristan@gmail.com
*Attorneys for Plaintiff and the putative Class*